UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 4, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA LOUISE SCHMID<br><br>Defendant. | Case No. 2:18-cr-00246-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIKA LOUISE SCHMID

Case No. 2:18-cr-00246-TLN Charge 18 USC § 922(g)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X  Unsecured Appearance Bond $  50,000 co-signed by Roxanna Hall and Marki Humphrey

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X  (Other): Released to a Well Space residential treatment program. Release delayed until 1/7/2019 at 9 AM to be released to custody of Pretrial Services for Well Space Residential Treatment and Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on January 4, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman