1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  CHRISTINA SINHA, SBN # 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   ERIKA LOUISE SCHMID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00246-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | ) |
| ERIKA LOUISE SCHMID, | ) Date: January 24, 2019 |
| Defendant. | ) Time: 09:30 a.m. |
|  | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid, that the status conference currently scheduled for January 24, 2019 may be continued to May 09, 2019.

On January 07, 2019, Ms. Schmid was released from custody on conditions which include her successful completion of a substance abuse treatment program at WellSpace inpatient facility until she is released by a pretrial services officer. ECF 16. Although there is no definitive release date, the parties anticipate that the earliest possible completion date for the WellSpace program would be April 07, 2019 (90 days after its commencement). After her release from WellSpace, Ms. Schmid will need to transfer to her third party custodian's home.

Stipulation and Order to             -1-
Continue Status Conference

ECF 16. Ms. Schmid wishes to fully concentrate on the WellSpace programming, and therefore requests that her status hearing be continued to May 09, 2019, as this would let her focus on her treatment and then have approximately one month to settle into her custodian's home and meet with counsel regarding next steps in her case. The government does not object to the continuance.

The parties further request to exclude time between January 24, 2019, and May 09, 2019, under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. At the arraignment on this matter on December 12, 2018, the Court excluded time from that date until January 24, 2019; therefore, the parties request that Court enter a further exclusion of time from and including January 24, 2019 to May 09, 2019. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 14, 2019         */s/ Christina Sinha*
                               CHRISTINA SINHA
                               Assistant Federal Defender
                               Attorneys for Defendant
                               ERIKA LOUISE SCHMID


Date: January 14, 2019         MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ James Conolly*
                               JAMES CONOLLY
                               Assistant United States Attorney
                               Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Due to a prior exclusion of time from December 12, 2018 to January 24, 2019, the Court now enters a further exclusion of time from and including January 24, 2019 to May 09, 2019, and the status conference is reset for May 09, 2019 at 09:30 a.m.

IT IS SO ORDERED.

Dated: January 15, 2019

Troy L. Nunley
United States District Judge