| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN # 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| | Attorneys for Defendant |
| 6 | ERIKA LOUISE SCHMID |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00246-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) **EXCLUDING TIME** |
| ERIKA LOUISE SCHMID, | ) Date: May 9, 2019 |
| | ) Time: 09:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid, that the status conference currently scheduled for May 09, 2019 may be continued to July 11, 2019.

This matter was previously continued to today's date to allow Ms. Schmid to fully concentrate on her 90 day WellSpace program, which she recently completed. Now that Ms. Schmid is again available to discuss her case, the defense requires additional time for further investigation and preparation. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Stipulation and Order to
Continue Status Conference

-1-

The parties further request to exclude time between May 09, 2019 and July 11, 2019 under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2019
*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ERIKA LOUISE SCHMID


Date: May 6, 2019
MCGREGOR W. SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to
Continue Status Conference

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court now enters a further exclusion of time from and including May 09, 2019 to July 11, 2019, and the status conference is reset for July 11, 2019 at 09:30 a.m.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge