| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | ERIKA LOUISE SCHMID |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00246-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO AMEND** |
| | ) | **SPECIAL CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| ERIKA LOUISE SCHMID, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid, that Ms. Schmid's Special Conditions of Release may be modified as follows:

1. Paragraph 2 of Ms. Schmid's current Special Conditions of Release governed her January 2019 release from custody. ECF No. 16. As this is now satisfied, it may be removed from her conditions.

2. Ms. Schmid's current Special Conditions of Release require her to remain inside her residence every day from 8:00 p.m. to 6:00 a.m., unless adjusted by a Pretrial Services officer. ECF No. 16 at paragraph 13. Her curfew may be modified so that she is required

-1-

to remain inside her residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer.

    i. The new condition will read as follows: "You must remain inside your residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations." (This would become the new paragraph 12.)

2. Ms. Schmid's current Special Conditions of Release list Ms. Roxanna Hall as her third-party custodian. ECF No. 16 at paragraph 14. Her third party custodian may be modified to list Ms. Marki Humphrey as her custodian.

    i. The new condition will read as follows: "You are released to the third-party custody of Marki Humphrey and you must reside with her in Milford, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer." (This would become the new paragraph 13.)

The government and Pretrial Services do not object to the modification.

The defense respectfully requests the Court to so modify the defendant's conditions of release and to issue the Amended Special Conditions of Release attached to this filing.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: July 19, 2019               */s/ Christina Sinha*
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              ERIKA LOUISE SCHMID

Date: July 19, 2019               MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ James Conolly*
                              JAMES CONOLLY
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE