| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | ERIKA LOUISE SCHMID |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00246-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **EXCLUDING TIME** |
| | ) | |
| ERIKA LOUISE SCHMID, | ) | Date: October 17, 2019 |
| | ) | Time: 09:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid, that the status conference currently scheduled for October 17, 2019 may be continued to November 14, 2019.

The defense requires additional time for further investigation and preparation, and the parties require further time to discuss potential resolutions. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

-1-

The parties further request to exclude time between October 17, 2019 and November 14, 2019 under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2019

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ERIKA LOUISE SCHMID


Date: October 16, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court now enters a further exclusion of time from and including October 17, 2019 to November 14, 2019, and the status conference is reset for November 14, 2019 at 09:30 a.m.

IT IS SO ORDERED.

DATED: October 16, 2019

Troy L. Nunley
United States District Judge