HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ERIKA LOUISE SCHMID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00246-TLN |
|---|---|---|
| Plaintiff, | ) ) | **[PROPOSED] ORDER TO SEAL MS. SCHMID'S MEDICAL RECORDS: EXHIBIT A TO ECF NO. 58** |
| vs. | ) ) | |
| ERIKA LOUISE SCHMID, | ) ) | |
| Defendant. | ) ) ) | Date: April 2, 2020<br>Time: 2:00 P.M.<br>Judge: Hon. Edmund F. Brennan |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A to ECF No. 58, Ms. Erika Schmid's Medical Records is granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 2, 2020

_____
HON. EDMUND F. BRENNAN
United States Chief Magistrate Judge

Order