FILED
April 2, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ERIKA LOUISE SCHMID, )<br>Defendant. )<br>) | Case No. 2:18-cr-00246-TLN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ERIKA LOUISE SCHMID, Case No. 2:18-cr-00246-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Pretrial Services supervision

___   Bail Posted in the Sum of: $

    ___   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    __X__   (Other) <u>Conditions as stated on the record.</u>

    __X__   (Other) <u>The Defendant is ordered to meet with the Pretrial Services Officer at 10:00 a.m. on 4/3/2020 in front of the United States Courthouse at 501 I St., Sacramento, CA 95814.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __4/2/2020__ at __2:58 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge