HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ERIKA LOUISE SCHMID

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00246-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE,** |
| vs. | ) | **EXCLUDE TIME, AND CONVERT TO** |
| | ) | **CHANGE OF PLEA** |
| ERIKA LOUISE SCHMID, | ) | |
| | ) | Date: June 4, 2020 |
| Defendant. | ) | Time: 09:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid, that the status conference currently scheduled for June 4, 2020 may be continued to June 11, 2020 at 9:30 a.m. and converted to a change of plea hearing.

Though a resolution has been reached, the defense requires additional time for further investigation and preparation for sentencing purposes. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Though the Court has already excluded time between May 7, 2020 and June 4, 2020 under General Order 611, *see* ECF No. 71, the parties further request to exclude time between May 7, 2020 and June 11, 2020, inclusive, under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: May 5, 2020                       */s/  Christina Sinha*
                                              CHRISTINA SINHA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              ERIKA LOUISE SCHMID

Date: May 5, 2020                       MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ James Conolly*
                                              JAMES CONOLLY
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 6, 2020

Troy L. Nunley  
United States District Judge