HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ERIKA SCHMID

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA SCHMID,<br><br>Defendant. | ) Case No.  2:18-CR-246-TLN<br>)<br>) **STIPULATION AND ORDER TO ACCEPT**<br>) **ELECTRONIC SIGNATURE UNDER GENERAL**<br>) **ORDER 616**<br>)<br>) Date:   June 4, 2020<br>) Time:  9:30 A.M.<br>) Judge: Hon. Troy L. Nunley<br>) |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United

States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff,

and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha,

counsel for Defendant Erika Schmid, that the plea agreement in this matter may be signed by Ms.

Schmid via electronic signature.

On April 15, 2020, Chief United States District Judge Mueller issued General Order 616,

"Consent and Signature Requirements on Documents Filed in Criminal Actions During the

COVID-19 Public Emergency" ("G.O. 616").  For the reasons detailed in G.O. 616, defense

counsel is authorized to electronically sign documents on her client's behalf using the format "/s/

name" if the following conditions are met:

1.     The defendant had an opportunity to consult with counsel regarding the matter;

2.      The defendant consents to counsel's signing on the defendant's behalf; and

3.      The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

All three conditions have been met here.  Therefore, parties stipulate as follows, and respectfully request the Court to find that:

1.      Ms. Schmid has had an opportunity to consult with undersigned defense counsel regarding the entry of her plea pursuant to the plea agreement extended to counsel on March 4, 2020;

2.      Ms. Schmid consents to undersigned defense counsel signing the plea electronically on her behalf; and

3.      In light of the COVID-19 pandemic, obtaining an actual signature from Ms. Schmid is both impracticable and imprudent, as she lives approximately four hours away from the Courthouse; does not have access to a working printer; was not able to make her printer work after reasonable efforts; and has several comorbidities that make her vulnerable to COVID-19, and should therefore avoid public locations like post offices.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 5, 2020                       */s/ Christina Sinha*
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ERIKA SCHMID

Date: May 5, 2020                       MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ James Conolly*
                                        JAMES CONOLLY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

1

<u>**O R D E R**</u>

2

   The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5

IT IS SO ORDERED.

6

7

Dated: May 6, 2020

           _____

8

           Troy L. Nunley
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28