HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ERIKA LOUISE SCHMID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00246-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO ALLOW OVERNIGHT MEDICAL APPOINTMENT** |
| vs. | ) ) | |
| ERIKA LOUISE SCHMID, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Erika Louise Schmid (jointly, "parties"), that Ms. Schmid may attend an overnight February 24-25, 2021 medical appointment at Mercy Medical Center in Redding, California. Specifically, the parties stipulate as follows:

1. Ms. Schmid is on pretrial release and is participating in the location monitoring program. *See generally* ECF No. 66.
2. The defense has relayed that Ms. Schmid has been having significant health concerns tied to her heart conditions.
3. The defense has relayed that Ms. Schmid has a heart catheterization appointment that, for insurance coverage reasons, must take place at the Mercy Medical Center

in Redding, California.

4. The defense has relayed that some patients who undergo this procedure need to stay overnight in the medical facility; however, Ms. Schmid's doctor will not know until the procedure begins whether she will be required to stay overnight.

5. The parties stipulate that Ms. Schmid may attend this appointment. She may leave her residence on the morning of February 24, 2021 and travel to Mercy Medical Center in Redding to attend her appointment.

    a. If her doctor recommends an overnight stay, she may remain at that facility until she is discharged on February 25, 2021. Pretrial Services will confirm her location in the evening on February 24, 2021, but she will not be electronically monitored throughout the night.

    b. If an overnight stay is not needed, Ms. Schmid will travel back to her residence on February 24, 2021 after her appointment.

The government and Pretrial Services do not object to this modification. The defense therefore respectfully requests that the Court allow Ms. Schmid to attend this appointment, as detailed above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 22, 2021

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ERIKA LOUISE SCHMID

Date: February 22, 2021

MCGREGOR W. SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  February 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE