| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>ERIKA SCHMID |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CR-246-TLN |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL AND ORDER** |
| vs. | |
| ERIKA SCHMID, | |
| Defendant. | |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Erika Schmid.  From February 28, 2021 to March 1, 2021, the Office of the Federal Defender became aware of a legal conflict in this case and determined that our office could no longer represent Ms. Schmid because of it.  The Criminal Justice Act ("CJA") Panel Administrator was notified and panel attorney Toni White has agreed to substitute in as counsel.

Accordingly, pursuant to Local Rule 182(g), the Office of the Federal Defender respectfully moves this Honorable Court to permit it to withdraw as counsel and to order the CJA appointment of Toni White to represent Ms. Schmid *nunc pro tunc* to March 1, 2021.  Counsel's full name and address are as follows:

> Toni White
> Law Offices of Toni White
> P.O. Box 1081
> El Dorado, CA, 95623
> (530)906-1592
> toniwhite6311@gmail.com

Ms. Schmid continues to qualify for appointed counsel, and has been advised of the conflict.  She agrees to the substitution of appointed counsel.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 2, 2021                    /s/  Christina Sinha
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ERIKA SCHMID

I accept the substitution and ask to be appointed.

Dated:  March 2, 2021                /s /Toni L. White
                                        TONI L. WHITE
                                        Attorney at Law

I consent to the substitution.

Dated:  March 2, 2021                /s / Erika Schmid
                                        ERIKA SCHMID
                                        (Electronic signature affixed by Christina Sinha
                                        per General Order 616)

## **ORDER**

IT IS SO ORDERED that the Office of the Federal Defender is relieved as counsel and that Toni White is appointed to represent Erika Schmid, *nunc pro tunc* to March 1, 2021.

Dated: March 2, 2021

---
Troy L. Nunley
United States District Judge