PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00246-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ERIKA LOUISE SCHMID, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on June 21, 2022. Docket No. 112.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before July

21, 2022;

      b)     The defendant's reply to the government's response to be filed on or before August 17, 2022.

IT IS SO STIPULATED.

Dated:  June 28, 2022	PHILLIP A. TALBERT
	United States Attorney


	/s/ JAMES R. CONOLLY
	JAMES R. CONOLLY
	Assistant United States Attorney


Dated:  June 28, 2022	/s/ TONI WHITE
	TONI WHITE
	Counsel for Defendant
	ERIKA LOUISE SCHMID

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)     The government's response to the defendant's motion, Docket No. 112, is due on or before July 21, 2022;

      b)     The defendant's reply to the government's response, if any, is due on August 17, 2022.

IT IS SO FOUND AND ORDERED this 28th day of June 2022.

	Troy L. Nunley
	United States District Judge