TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ERIKA SCHMID

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIKA LOUIS SCHMID,<br><br>      Defendant. | No. 2:18-CR-00246 TLN<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (18 U.S.C. § 3582(c)(1)(A); ORDER** |

Erika Schmid, through counsel, requests a two-week extension of time to file her Reply brief. The reason for the extension is that defense counsel contracted COVID-19 and is ill. The Government does not object. As such, the parties stipulate and propose that defendant's Reply brief be due September 7, 2022.

IT IS SO STIPULATED.

Dated: August 22, 2022                             By: /s/ Toni White
                                                   TONI WHITE
                                                   Attorney for Defendant
                                                   ERIKA SCHMID

1

Dated: August 22, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

**ORDER**

Based on the stipulation and representation of the parties, the Court extends the due date for the defendant's Reply brief to September 7, 2022.

IT IS SO FOUND AND ORDERED this 25th day of August 2022.

_____
Troy L. Nunley
United States District Judge