TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ERIKA SCHMID

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA LOUIS SCHMID,<br><br>Defendant. | No. 2:18-CR-00246 TLN<br><br>**ORDER GRANTING REQUEST TO SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Erika Schmid, IT IS HEREBY ORDERED that Defendant's Request to Seal and Exhibits D and G to Defendant's Motion to Reduce Sentence Pursuant to Compassionate Release Motion filed as ECF DOC Number 112 shall be SEALED until further order of this Court.

Dated: September 7, 2022

_____
Troy L. Nunley
United States District Judge

1